

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| United Rentals, Inc. and United Rentals Northwest, Inc., | § | No. 08-13-00167-CV |
|  | § |  |
|  | § | Appeal from the |
| Appellants, | § |  |
|  | § | 448th District Court |
| v. | § |  |
|  | § | of El Paso County, Texas |
| Thomas T. Smith, | § |  |
|  | § | (TC# 2012-DCV07086) |
| Appellee. | § |  |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellee's second motion for extension of time to file the brief until **September 28, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **September 28, 2013.**

IT IS SO ORDERED this 4th day of September, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.